MARESI MAZZETTI CORPORATION, Appellant, v. REGINA BLANK, Respondent. REGINA BLANK, Respondent, v. MARESI MAZZETTI CORPORATION, Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to

the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.